MSC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG 14 AM 11:27
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | ) | Magistrate Docket No. '08 MJ 2520 |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| **Ramiro RAMOS-Medina,** Defendant | ) | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

ECL

The undersigned complainant, being duly sworn, states:

On or about **August 13, 2008** within the Southern District of California, defendant, **Ramiro RAMOS-Medina,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **14th** DAY OF **AUGUST, 2008**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

DOA
8/13/08
ECL

M36

**CONTINUATION OF COMPLAINT:**
**Ramiro RAMOS-Medina**

## PROBABLE CAUSE STATEMENT

On August 13, 2008 Border Patrol Agents M. Darnell, R. Murtie, C. Aguilar, and D. Neckel with his Service canine were conducting line watch operations near Tecate, California. At approximately 7:15 a.m., the agents responded to a sensor activation Northwest of the Tecate, California Port of Entry.

Agent Neckel along with his Service K-9 arrived in the area and Agent Neckel's Service canine picked up a scent and followed it for approximately fifty minutes. Agent Neckel then found a group of individuals hiding in some thick brush. Agent Neckel approached the individuals and identified himself as a United States Border Patrol Agent. Border Patrol Agents Darnell, Murtie, and Aguilar arrived on scene shortly afterward and did a thorough search of the area apprehending eighteen individuals.

Agent Neckel questioned the eighteen individuals as to their immigration status. Each of the individuals, including one later identified as the defendant **Ramiro RAMOS-Medina**, freely admitted to being citizens and nationals of Mexico present in the United States without proper immigration documents that would allow them to enter or remain in the United States legally. At approximately 8:05 a.m., the ~~sixteen~~ Eighteen individuals were placed under arrest and transported to the Brown Field Border Patrol Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on or about **August 8, 2008.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.